JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01433-SSS-SPx | Date | December 27, 2023 |
|---|---|---|---|
| Title | *Michael Rhambo v. Diana Flores, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On October 26, 2023, the Court issued an Order to Show Case re Dismissal for Lack of Prosecution ("Order") [Dkt. 11]. Pursuant to the Court's Order, Plaintiff was ordered to show cause in writing on or before November 9, 2023, why this action should not be dismissed, with respect to each Defendant who had not been served, for lack of prosecution.

On November 9, 2023, Plaintiff filed its Response to Order to Show Cause, wherein Plaintiff provided status of the service attempts regarding Defendant Diana Flores ("Flores") and seeking a one-month extension of time to effectuate service on Flores. [Dkt. 12]. On November 16, 2023, the Court issued a Text Entry Order ("Order"), granting Plaintiff's request and directing Plaintiff to file an executed Waiver of Service of Summons, or a Proof of Service of the Summons and Complaint no later than December 18, 2023. The Order further provided that if Plaintiff required additional time, Plaintiff was to file an appropriate motion seeking the desired relief. Plaintiff was further informed that failure to comply with this Court's Order may result in the dismissal of the unserved Defendant. Furthermore, the OSC deadline was extended until December 18, 2023. [Dkt. 13].

As of today's date, Plaintiff has not filed either a Waiver of Service, Proof of Service of Summons and Complaint, or a request for further extension of time to effectuate service of process as to Flores, the only named defendant in this action. In addition, no further response to the OSC has been received.

Accordingly, the Court **DISMISSES** this action **without prejudice** for Plaintiff's failure to serve Flores or respond to the OSC.

**IT IS SO ORDERED.**